UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 19-100-JWD-EWD |
| | : | |
| JOHN BUTLER | : | |

## PRELIMINARY ORDER OF FORFEITURE

**WHEREAS**, on August 7, 2019, an Indictment (Doc. 1) was returned against the defendant, John Butler, in the Middle District of Louisiana, and contained a forfeiture allegation seeking forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), which gave notice to the defendant that upon conviction, the United States would seek to forfeit any firearm and ammunition involved or used in the commission of the charged offense, including, but not limited to a Glock, Model 26, 9mm pistol, bearing serial number HVY964, and 11 rounds of assorted 9 caliber ammunition; and

**WHEREAS**, the defendant signed a plea agreement (Doc. 29) in which he agreed to forfeit his interest in any firearm and ammunition involved or used in the commission of the charged offense and specifically included the forfeiture of the Glock, Model 26, 9mm pistol, bearing serial number HVY964. The Glock pistol was loaded with the 11 rounds of assorted 9mm ammunition; and

**WHEREAS,** on February 19, 2020, the defendant pled guilty (Doc. 31) to Count Two of the Indictment charging possession with intent to distribute heroin, in violation of 21 U.S.C. § 841(a)(1) and Count Three of the Indictment charging possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A), and agreed to the forfeiture allegation in the Indictment; and

**WHEREAS**, the United States has filed a *Motion for Entry of a Preliminary Order of Forfeiture* which seeks the forfeiture of any claim or interest the defendant might have in the Glock, Model 26, 9mm pistol, bearing serial number HVY964, and 11 rounds of assorted 9 caliber ammunition; and

**WHEREAS**, based upon the defendant's guilty plea and the Factual Basis read into the record at the time of re-arraignment, the United States has established that the defendant knowingly possessed the Glock, Model 26, 9mm pistol, bearing serial number HVY964, and the 11 rounds of assorted 9 caliber ammunition seized from him at the time of his arrest, that he knew he was a convicted felon, and that the weapon affected interstate commerce.

**IT IS ORDERED** that the *Motion for Entry of Preliminary Order of Forfeiture* is **GRANTED**.

**IT IS FURTHER ORDERED** that any interest or claim the defendant might have in the Glock, Model 26, 9mm pistol, bearing serial number HVY964, and the 11 rounds of assorted 9mm ammunition, is forfeited to the United States.

**IT IS FURTHER ORDERED** that, pursuant to Fed. R. Crim. P. 32.2, the forfeiture of the defendant's interest in the weapon and the ammunition shall become the Final Order of Forfeiture at the time of the defendant's sentencing and shall be made part of the sentence and included in the Judgment.

**IT IS FURTHER ORDERED** that the United States has confirmed that the owner of the firearm is deceased and that there is no one else that needs to be sent direct notice, and therefore this shall become the Final Order of Forfeiture at sentencing.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction to enforce the Preliminary Order of Forfeiture and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

SIGNED this __19th__ day of __May__, 2020.

_____
JOHN DEGRAVELLES, DISTRICT COURT JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA